UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. _____

NATALIE TIMMS,

    Plaintiff,

v.

SOUTHEASTERN TRAFFIC SUPPLY, LLC,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant SOUTHEASTERN TRAFFIC SUPPLY, LLC ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§1331, 1441 and 1446, hereby removes this action from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, where the action is now pending, to the United States District Court for the Southern District of Florida. The removal of this action is based upon the following:

1. On or about December 19, 2025, Plaintiff NATALIE TIMMS ("Plaintiff") filed a Complaint in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, entitled *Natalie Timms v. Southeastern Traffic Supply, LLC*, Case No. CACE-25-019402 (hereinafter referred to as the "State Court Action").

2. Plaintiff's Complaint contains the following causes of action against Defendant:

- alleged pregnancy discrimination (disparate treatment) in violation of Title VII of the Civil Rights Act, 42 U.S.C. §2000e ("Title VII") (Count I);
- alleged pregnancy discrimination in violation of Title VII (Count II);

- alleged disability discrimination (disparate treatment) in violation of the Americans with Disabilities Act, 42 U.S.C. §12101 *et seq.* ("ADA") (Count III);
- alleged disability discrimination (retaliation) in violation of the ADA (Count IV);
- alleged disability discrimination (failure to accommodate) in violation of the ADA (Count V);
- alleged pregnancy discrimination (disparate treatment) in violation of the Florida Civil Rights Act ("FCRA") (Count VI);
- alleged pregnancy discrimination (retaliation) in violation of the FCRA (Count VII);
- allege pregnancy discrimination (failure to accommodate) in violation of the FCRA (Count VIII);
- alleged disability discrimination (disparate treatment) in violation of the FCRA (Count IX);
- alleged disability discrimination (retaliation) in violation of the FCRA (Count X); and
- alleged disability discrimination (failure to accommodate) in violation of the FCRA (Count XI).

3. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. §1331, because Plaintiff has asserted federal claims under Title VII (Counts I-II) and the ADA (Counts III-V). This Court has supplemental jurisdiction over Plaintiff's FCRA claims (Counts VI-XI) pursuant to 28 U.S.C. §1367(a) because Plaintiff's FCRA claims are so related to the federal claims as to form part of the same case or controversy. Thus, this action is removable in its entirety.

4. Defendant received formal service of the Complaint and Summons on January 14, 2026. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty (30) days from the date on which Defendant received notice of the State Court Action.

5. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§1331, 1441.

6. The District and Division embracing the place where such action is pending is the United States District Court for the Southern District of Florida, Ft. Lauderdale Division. *See* 28 U.S.C. §1441(a). The Southern District, Ft. Lauderdale Division is the appropriate venue because Plaintiff filed the State Court Action in Broward County, Florida.

7. A true and correct copy of all process, pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action are attached hereto as Composite Exhibit A, as required by 28 U.S.C. §1446(a).

8. Pursuant to 28 U.S.C. §1446(d), Defendant has provided written Notice of the Removal to Plaintiff and have filed a copy of this Notice of Removal in the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida. A copy of Defendant's Notice of Filing Notice of Removal is attached hereto as Exhibit B.

DATED this 2nd day of February 2026.   Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida 33131
Tel: (305) 400-7500

By: */s/ Aaron Reed*
　　Aaron Reed
　　Florida Bar No. 0557153
　　E-mail: *areed@littler.com*
　　Brittney Polo
　　Florida Bar No. 1010827
　　E-mail: *bpolo@littler.com*

Counsel for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of February 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF, as well as via E-mail, on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Aaron Reed*
Aaron Reed

## SERVICE LIST

**Counsel for Plaintiff:**
R. Martin Saenz
**THE SAENZ LAW FIRM, P.A.**
20900 N.E. 30th Avenue
Suite 200-23
Aventura, Florida 33180
E-mail: martin@legalopinionusa.com.
*Served via CM/ECF and via E-mail*

4859-4908-2303.2